**BELDOCK LEVINE & HOFFMAN L**[LP]
99 PARK AVENUE, PH/26TH FLO[OR]
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
8390.04

WRITER'S DIRECT CONTACT:
212-277-5875
ldroubi@blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21

September 14, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

   Re:   *Huda v. New York City Health & Hosps. Corp.*, 19-cv-11556 (AJN)

Dear Judge Nathan:

SO ORDERED.

   We represent the Plaintiff in the above referenced case. We write pursuant to the Court's August 17, 2021 Order of Discontinuance, Dkt. No. 50 to request that the Court restore the matter to the Court's calendar for an additional 30-days to allow the parties to finalize the settlement terms. The Parties have a near final Agreement in place and have been actively negotiating. The Parties believe that the additional 30-days will be sufficient to finalize the Agreement and coordinate signatures. The Defendants consent to this application.

   We appreciate the Court's attention to this matter.

Respectfully submitted,

*[signature]*

Luna Droubi

cc:

*[signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/14/21